IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| v. | \* | Criminal No.: RDB-24-001 |
| **BRENDA CHUNGA** | \* | |

\*\*\*\*\*\*

## MOTION TO STRIKE APPEARANCE OF COUNSEL

Jonathan P. Van Hoven, counsel for Defendant Brenda Chunga, hereby moves to withdraw his appearance in this matter. The Defendant has retained the services of Joshua Lowther, Esq., who has entered his appearance in this matter.

WHEREFORE, counsel respectfully requests that his appearance be stricken.

Respectfully submitted,

_____
Jonathan P. Van Hoven
36 South Charles Street
Suite 901
Baltimore, MD 21201
(410) 576-0689
jon@vanhovenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2024, a copy of the foregoing was served on all counsel of record via CM/ECF.

_____
Jonathan P. Van Hoven